CC
F.#2004R00963

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

JOSE ESCOBAR OREJUELA, ET AL.,

    Defendants.

- - - - - - - - - - - - - - - - -X

ORDER UNSEALING
INDICTMENT IN
REDACTED FORM

04 CR 515(S-5)(DGT)

EASTERN DISTRICT OF NEW YORK, SS:

Upon the application of Assistant United States Attorney Carrie Capwell, it is hereby ORDERED that the Superseding Indictment (S-5) in the above-captioned case, which was filed under seal on October 24, 2005, be **UNSEALED IN REDACTED FORM**. A redacted copy of Superseding Indictment S-5, submitted to the Court by the government, is attached to this Order.

Date: October 26, 2005
      Brooklyn, New York

  s/Cheryl Pollak
_____
HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK